EASTERN DIS.
April, 1841.

TISSOTT ET AL.
vs.
BOWLES.

---

## TISSOTT ET AL. vs. BOWLES.

APPEAL FROM THE CITY COURT OF NEW ORLEANS.

An appeal from a judgment not signed, will be dismissed.

This is an action against the maker of a promissory note.

The defendant admitted his signature but averred the consideration had wholly failed.

There was no attempt to support the defence by proof, and judgment was rendered in favor of the plaintiffs; but from the record it does not appear to have been signed by the judge.

The defendant appealed.

*Duvignaud*, for the plaintiffs.

*Potts*, contra.

*Morphy, J.* delivered the opinion of the court.

The appellant has submitted his case on one point, to wit: that there was no legal judgment below against him; by

turning to the record, the judgment appealed from, does not appear to have been signed. If such be the fact the only legal consequence which flows from it, is that this appeal must be dismissed ; Code of Practice, 546; 7 La. Rep. 513, Wright vs. M'Nair et al.

It is therefore dismissed with costs.